UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

THOMAS CURTIS,

    Plaintiff,

v.

DELOITTE AND TOMATSU HOLDINGS, LLC, et al.

    Defendants.

Case No. 2:24-cv-02367-APG-EJY

**ORDER**

    Plaintiff, an inmate in the custody of the Clark County Detention Center ("CCDC"), filed a Civil Rights Complaint on December 16, 2024. ECF No. 1-1. Plaintiff has neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis* ("IFP"). Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action without prepaying the full $405 filing fee may apply to proceed *in forma pauperis*. To do so, Plaintiff must submit a completed inmate IFP application, a financial certificate signed by both the inmate and a CCDC official, and a copy of the inmate's prison or jail trust fund account statement for the previous six-month period. L.R. LSR 1-2.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** sned Plaintiff the approved form application to proceed *in forma pauperis* by an inmate as well as the instructions for filing an *in forma pauperis* application.

    IT IS FURTHER ORDERED that on or before **April 4, 2025**, Plaintiff must either pay the required $405 filing fee or file a completed application to proceed *in forma pauperis* by an inmate, a signed financial certificate, and a copy of Plaintiff's jail trust fund account statement for the previous six-month period.

    IT IS FURTHER ORDERED that the Clerk of Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

    IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **April 4, 2025,** will result in

a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LR LSR 1-2 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 4th day of February, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE