UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THOMAS CURTIS, | Case No.: 2:24-cv-02367-APG-EJY |
|---|---|
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| DELOITTE AND TOMATSU HOLDINGS LLC, et al., | [ECF No. 6] |
| Defendants | |

On April 4, 2025, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Thomas Curtis has not complied with her orders to update his address and to pay the filing fee or complete an application to proceed in forma pauperis. ECF No. 6. Judge Youchah's report and recommendation was returned in the mail. ECF No. 7. Curtis did not object to her report and recommendation. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 6) is accepted and plaintiff Thomas Curtis's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 22nd day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE